UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| IN RE: | ) | |
|---|---|---|
| Krisztian J. Boros | ) | Chapter 7 |
|  | ) | Bankruptcy Case No. |
|  | ) |  |
| Debtor(s) | ) |  |

## DECLARATION REGARDING ELECTRONIC FILING
## PETITION AND ACCOMPANYING DOCUMENTS

### DECLARATION OF PETITIONER(S)

A.   [To be completed in all cases]

I(We), **Krisztian J. Boros**, the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the document's are true and correct.

B.   [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

☐ I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

**Krisztian J. Boros**
Printed or Typed Name of Debtor or Representative

*/s/ K. Boros*
Signature of Debtor or Representative

3/14/2014
Date

Printed or Typed Name of Joint Debtor

Signature of Joint Debtor

Date